UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.<br><br>                    Plaintiff,<br><br>v.<br><br>INDOC PARTNERS, LLC, et al.<br><br>                    Defendants. | Case No.:  19cv2211-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 21) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.  The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated:  August 17, 2020

_Larry A. Burns_
Honorable Larry Alan Burns
Chief United States District Judge